NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANCY N. THOMPSON, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5057

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-264, Judge Lawrence J. Block.

---

## ON MOTION

---

## ORDER

The United States moves for an extension of time to file its brief. The court considers whether the appellant should be directed to show cause why this appeal should not be dismissed as untimely.

The United States Court of Federal Claims entered judgment on July 29, 2010. The Court of Federal Claims received Mancy N. Thompson, Jr.'s appeal on December 14, 2010. An appeal was due within 60 days of the entry of judgment. Fed. R. App. P. 4(a)(1)(B).; 28 U.S.C. § 2522.

Accordingly,

IT IS ORDERED THAT:

(1) The appellant is directed to show cause, within 30 days of the date of filing of this order, why his appeal should not be dismissed as untimely. The United States is also directed to respond by that date.

(2) The briefing schedule is stayed pending the court's consideration of the papers submitted in response to this order. The motion for an extension of time is moot.

FOR THE COURT

APR 0 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mancy M. Thompson, Jr.
David S. Silverbrand, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2011

JAN HORBALY
CLERK